# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,          ) | |
| ) | **PRETRIAL STATUS CONFERENCE** |
| Plaintiff,          ) | |
| ) | |
| vs.          ) | |
| ) | Case No.  1:23-cr-180 |
| Devon Agnes Richard,          ) | |
| ) | |
| Defendant.          ) | |

The undersigned shall hold a pretrial status conference with counsel by telephone on February 18, 2026, at 10:15 AM to discuss, among other things, the viability of the current trial date. To participate, counsel shall call (571) 353-2301 and enter "Call ID" 292466149.  Counsel are strongly encouraged to consult with each other prior to the conference.  This will enable the conference to progress more expeditiously.

**IT IS SO ORDERED.**

Dated this 24th day of September, 2025.

                */s/ Clare R. Hochhalter*
                Clare R. Hochhalter, Magistrate Judge
                United States District Court